FILED
CLERK
5/5/2017 4:31 pm
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ANTHONY G. BELL, #16001767,

                Plaintiff,

    -against-

**ORDER**
16-CV-3665(JMA)(AYS)

ARMOR CORRECTIONAL HEALTH, INC.,
DR. MORCOS MD, DR. JOSEPH MD,

                Defendants.
----------------------------------------------------------------X

**AZRACK, District Judge:**

    By order dated November 22, 2016 (the "November 22 Order"), the Court granted the application of *pro se* plaintiff Anthony George Bell ("plaintiff") to proceed *in forma pauperis* and *sua sponte* dismissed the complaint pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii), 1915A(b). Plaintiff was granted leave to file an amended complaint within thirty (30) days from the date of the November 22 Order, and plaintiff was cautioned that a failure to file an amended complaint within the time allowed would lead to the entry of judgment and that the case would be closed. (See Docket Entry No. 13.)

    On December 29, 2016, plaintiff filed a Notice of Change of Address and indicated to the Court that he did not receive any orders that were previously mailed to him. (See DE No. 14.)

    By order dated February 6, 2016 (the "the February 6 Order"), the Court *sua sponte* extended the time for plaintiff to file an amended complaint until March 6, 2017. Copies of the Feburary 6 Order and the November 22 Order were mailed to the plaintiff at his updated address. Plaintiff was again cautioned that if he did not file amended complaints in accordance with the rulings set forth in the November 22 Order, his claims would be dismissed with prejudice. To date, these mailings have not been returned to the Court and plaintiff has not filed an amended complaint.

1

On February 8, 2016, the Court received a letter from plaintiff requesting sixty (60) days to provide evidence to the Court. The 60 days have now elapsed and plaintiff has had no further communication with the Court.

Accordingly, plaintiff's claims are hereby dismissed with prejudice and judgment in this case shall now enter. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of any appeal. See <u>Coppedge v. United States</u>, 369 U.S. 438, 444-45 (1962). The Clerk of the Court is directed to mail a copy of this order to the plaintiff at his last known address and to mark this case closed.

**SO ORDERED.**

Dated:  May 5, 2017
           Central Islip, New York

　　　　　　　　　　　　　　　　　　　　/s/ (JMA)
Joan M. Azrack
United States District Judge